# Court of Appeals
# of the State of Georgia

ATLANTA,  June 05, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1418. BROWN v. THE STATE.**

This appeal was docketed on April 28, 2023. Appellant has failed to comply with this Court's notice of docketing by filing a brief containing an enumeration of errors within 20 days after the appeal was docketed.[1] Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/05/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , **Clerk.**

---

[1] See Court of Appeals Rules 13 and 23 (a).